# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 07-3304

———————

James Christopher VanDolah,     *
           *
       Appellant,     *
           *     Appeal from the United States
    v.             *     District Court for the Eastern
           *     District of Arkansas.
Linda Sanders, Warden,     *
FCI-Forrest City,        *     [UNPUBLISHED]
           *
       Appellee.     *

———————

Submitted: December 11, 2008
Filed: December 16, 2008

———————

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

———————

PER CURIAM.

      Federal prisoner James VanDolah appeals the district court's[1] order dismissing his 28 U.S.C. § 2241 petition. Following de novo review, see Hill v. Morrison, 349 F.3d 1089, 1091 (8th Cir. 2003), we conclude that the district court's decision was proper, and we decline to consider VanDolah's newly raised constitutional claims, see

———————

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Beth Deere, United States Magistrate Judge for the Eastern District of Arkansas.

Int'l Bhd. of Elec. Workers, Local Union No. 545 v. Hope Elec. Corp., 380 F.3d 1084, 1096 (8th Cir. 2004). Accordingly, we affirm. See 8th Cir. R. 47B.

_____